**Joetta MAHAN, Appellant,**

v.

**The JUNIOR COLLEGE DISTRICT OF METROPOLITAN KANSAS CITY, MO., Respondent.**

**No. WD 70436.**

Missouri Court of Appeals,
Western District.

Nov. 24, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 2, 2010.

Larry D. Coleman, for Appellant.

Natalie A. Hoernscheymer, for Respondent.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge and JAMES E. WELSH, Judge.

## *ORDER*

PER CURIAM:

Joetta Mahan appeals the trial court's judgment dismissing her petition for failure to state a claim. On appeal, Ms. Mahan claims that the trial court erred in dismissing her petition because she stated claims under the Missouri Human Rights Act for retaliation, sexual harassment, and racial discrimination. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).